FREDERICK M. WHEELER AND MARVIN D. WHEELER, ADMINISTRATORS, &c. OF MARVIN WHEELER, DECEASED, RESPONDENTS, *v.* GILBERT SPENCER, APPELLANT.

Judgment reversed; referee discharged; new trial granted, costs to abide event.

Opinion by WESTBROOK, J.